GREEN & HALL, A Professional Corporation
HOWARD D. HALL, State Bar No. 145024
 hdhall@greenhall.com
JERED T. EDE, State Bar No. 273440
 jede@greenhall.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NANCY M. HORNER,<br><br>   Plaintiff,<br><br>vs.<br><br>THE WOLF FIRM, A LAW CORPORATION and NATIONSTAR MORTGAGE LLC,<br><br>   Defendants. | CASE NO. 8:15-cv-01129-CJC-DFM<br><br>JUDGE: Hon. Cormac J. Carney<br>CTRM:   9B<br><br>**CERTIFICATE OF SERVICE**<br><br>TRIAL DATE:   None Set |

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On October 16 , 2015, I served the within document(s) described as:

   1. **NOTICE OF MOTION AND MOTION OF NATIONSTAR MORTGAGE LLC FOR SANCTIONS AGAINST PLAINTIFF NANCY M. HORNER AND ATTORNEY CHARLES MARSHALL PURSUANT TO FED. R. CIV. P. 11, AND CAL. CODE CIV. P. §128.7; MEMORANDUM OF POINTS AND AUTHORITIES;**

2. **DECLARATION OF JERED T. EDE IN SUPPORT OF MOTION OF NATIONSTAR MORTGAGE LLC FOR SANCTIONS AGAINST PLAINTIFF NANCY M. HORNER AND ATTORNEY CHARLES MARSHALL PURSUANT TO FED. R. CIV. P. 11, AND CAL. CODE CIV. P. §128.7;**

3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF NATIONSTAR MORTGAGE LLC FOR SANCTIONS.**

on each interested party in this action as stated below:

Charles T. Marshall, Esq,
Law Offices of Charles T. Marshall
415 Laurel St. #405, San Diego, CA. 92101
(619) 807-2628; Fax: (866) 575-7413
cmarshall@marshallestatelaw.com
**Attorney for Plaintiff NANCY M. HORNER**

**BY PERSONAL SERVICE:** I personally caused First Legal Network to deliver the document(s) to the person at the addresses listed above. Delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2015, at Santa Ana, California.

/s/ *Carina Arreola Gallardo*
Carina Arreola Gallardo