# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NANCY M. HORNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE WOLF FIRM, A LAW CORPORATION and NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendants. | CASE NO. 8:15-cv-01129-CJC-DFM<br><br>JUDGE: Hon. Cormac J. Carney<br>CTRM: 9B<br><br>**JUDGMENT**<br><br>TRIAL DATE:　None Set |

This Court, having dismissed this action on December 1, 2015, enters judgment as follows:

　　1.　Judgment is entered in favor of Defendants and against Plaintiff such that Plaintiff shall recover nothing against Defendants; and

　　2.　Defendants are deemed the prevailing parties in this action entitled to recover costs and/or fees (upon proper application/motion).

DATED: December 11, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　　　District Court Judge

Case No. 8:15-cv-01129-CJC-DFM

JUDGMENT